**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James Terrell KNIGHT, Defendant-
Appellant.**

**No. 27001**

**Summary Calendar.**

United States Court of Appeals
Fifth Circuit.

June 30, 1969.

Certiorari Denied Nov. 10, 1969.
See 90 S.Ct. 217.

Denmark Groover, Jr., Macon, Ga., for
defendant-appellant.

Floyd M. Buford, U. S. Atty., D.
Rampey, Asst. U. S. Atty., Macon, G;
for plaintiff-appellee.

Before BELL, AINSWORTH and
GODBOLD, Circuit Judges.

PER CURIAM:

 This is an appeal from a revo-
cation of probation. From the facts dis-
closed by the record we find the appeal
to be without merit.[1] The revocation
proceedings were brought following the
conviction of appellant and another for
a misdemeanor in connection with non-
tax-paid distilled spirits.[2] Revocation of
probation is a matter of judicial discre-
tion. Seymore v. Beto, 5 Cir., 1967, 383
F.2d 384. The only issue, therefore, is
whether or not the trial court abused
this discretion. Broadus v. United
States, 5 Cir., 1963, 317 F.2d 212, 213.
We find no such abuse.

Affirmed.

---

1. Pursuant to new Rule 18 of the Rules of
this Court, we have concluded on the
merits that this case is of such character
as not to justify oral argument and have
directed the Clerk to place the case on
the Summary Calendar and to notify the
parties in writing. See Murphy v.
Houma Well Service, 5 Cir., 1969, 409
F.2d 804.

2. See the opinion rendered this day in the
matter of Elmer S. Chapman and James
T. Knight v. United States of America, 5
Cir., 1969, 413 F.2d 440 affirming the
conviction of appellant and his codefend-
ant.